IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | CASE NO. DNCW5:11CR32 |
| v. ) | (Financial Litigation Unit) |
| ) | |
| CHARLES A. DAVIS. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and US Airways Plan Administrator:

A judgment was entered on September 20, 2012, in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant, Charles A. Davis, whose last known address is ▮▮▮▮, P.O. Box 9000, Seagoville, Texas 75159, in the sum of $539,669.00. The balance on the account as of January 16, 2013 is $539,669.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Fidelity Investments Institutional Operations Company, Inc., is commanded to turn over property in which Defendant, Charles A. Davis, Social Security Number ▮▮▮-4209, has a substantial non-exempt interest, said property being funds located in any and all financial accounts, including any employee retirement savings accounts, held in the name of Charles A. Davis located at the following address: US Airways Plan Administrator, 4000 East Sky Harbor Boulevard, CH-BEN, Phoenix, Arizona 85034.

**SO ORDERED**.

Signed: January 17, 2013

_____
David S. Cayer
United States Magistrate Judge